*In re* INTEGRACIÓN SALAS DE VERANO.

*Número:* ES-2004-1          *Resuelto:* 30 de junio de 2004

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento del Tribunal Supremo de Puerto Rico, 4 L.P.R.A. Ap. XXI-A, se constituyen las siguientes Salas de Verano para funcionar durante el receso.

*Del 1 al 28 de julio de 2004*
    Hon. Miriam Naveira Merly, *presidenta*
    Hon. Federico Hernández Denton
    Hon. Jaime Fuster Berlingeri

*Del 29 de julio al 13 de agosto de 2004*
    Hon. Francisco Rebollo López, *presidente*
    Hon. Federico Hernández Denton
    Hon. Baltasar Corrada Del Río

*Del 14 de agosto al 30 de septiembre de 2004*
    Hon. Francisco Rebollo López, *presidente*
    Hon. Baltasar Corrada Del Río
    Hon. Efraín Rivera Pérez
    Hon. Liana Fiol Matta

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto

ante su consideración, así como para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*